# UNITED STATES DISTRICT COURT
for the

__Western__ District of __Virginia__

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 2 8 2008

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

United States of America )
v.  )
Arthur Alan Outlaw )
) Case No: 4:00CR70114-001
) USM No: 09082-084
Date of Previous Judgment: June 4, 2001 )
(Use Date of Last Amended Judgment if Applicable) )
) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __420 months + 60 days__ months **is reduced to** __352 months + 60 days*__ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __42__                  Amended Offense Level: __40__
Criminal History Category: __I__                Criminal History Category: __I__
Previous Guideline Range: __360__ to __life__ months   Amended Guideline Range: __292__ to __365__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

* Defendant's adjusted sentence is 292 months on Counts 1, 2, 3, and 5 to run concurrently with each other; 60 months on Count 4 to run consecutive to all other counts; and 60 days for contempt of court to run consecutively, as previously ordered on 4/4/2001.

Except as provided above, all provisions of the judgment dated __06/04/2001__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3-27-08

/s/ Jackson L. Kiser
Judge's signature

Effective Date: 4/7/2008
(if different from order date)

Jackson Kiser, Senior United States District Judge
Printed name and title