CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED

JUL 28 2010

JOHN F. CORCORAN, CLERK
BY: /s/ M. Hey
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 4:00-cr-70114 |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| ARTHUR ALAN OUTLAW, | ) | By: Hon. Jackson L. Kiser |
| Petitioner. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

ORDERED

that the United States' request for dismissal (no. 76) is GRANTED; petitioner's claims regarding jury instructions and the indictment are DISMISSED **without prejudice** as successive 28 U.S.C. § 2255 claims; a Certificate of Appealability is DENIED; petitioner's petition for a writ of error <u>coram nobis</u> is DISMISSED; and the action is STRICKEN from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the United States.

ENTER: This 28th day of July, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge