CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 3 1 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 4:00-cr-70114-1 |
| v. | § 2255 ORDER |
| ARTHUR OUTLAW,<br>Petitioner. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that petitioner's "Petition for Equitable Tolling and Review Under Actual Innocence (ECF no. 97) is **CONSTRUED** as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255; the Clerk shall **OPEN** a new action for this § 2255 motion; this new action is **DISMISSED without prejudice** as a successive § 2255 motion; petitioner's motion to appoint counsel is **DENIED**; a certificate of appealability is **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner and to counsel of record for the United States.

ENTER: This 31st day of August, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge