AO 247 (02/08) Order Regarding Motion for Sentence Reduction
# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 13 2015
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ARTHUR OUTLAW | ) Case No: 4:00-cr-70114-001 |
| | ) USM No: 09082-084 |
| Date of Previous Judgment: 09/20/2011 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **297** months **is reduced to** **250 months*** .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 38    Amended Offense Level: 36
Criminal History Category: I    Criminal History Category: I
Previous Guideline Range: 235 to 293 months    Amended Guideline Range: 188 to 235 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
*Defendant is sentenced to 188 months, plus 60 months on the 924(c) count, plus 60 days for contempt. Although I commend Defendant for his efforts at rehabilitation, the applicable guidelines do not provide for a sentence below the amended guidelines range. See U.S.S.G. § 1B1.10(b)(2)(A). While I may consider Defendant's post-sentencing conduct, Pepper v. United States does not permit a further reduction than the one granted herein.

Except as provided above, all provisions of the judgment dated 09/20/2011 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4-13-15

Judge's signature: /s/ Jackson L. Kiser

Effective Date: 11/01/2015
(if different from order date)

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title

Case 4:00-cr-70114-JLK-RSB   Document 121   Filed 04/13/15   Page 1 of 1   Pageid#: 285